UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JERRY AIROLA

           Plaintiff(s),

VS.                                     2:06-CV-1335-JCM-LRL

BILL YOUNG ET AL

           Defendant(s),

**ORDER FOR DESTRUCTION OF EXHIBITS**

      The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: January 31, 2011

**U.S. DISTRICT JUDGE**